UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S. Y.,

     Plaintiff,

v.                                                                    Case No.:  2:20-cv-608-JES-MRM

NAPLES HOTEL COMPANY and
GULFCOAST INN OF NAPLES
OWNERS ASSOCIATION, INC.,

     Defendants.

_____/

## ORDER

Pending before the Court is the Motion for Extension of Time as to Expert Disclosures and Pre-Trial Deadlines, in which Plaintiff seeks an extension of the remaining case management deadlines.  (Doc. 57).  Plaintiff asserts that this relief is necessary based on unanticipated circumstances preventing Plaintiff from sitting for her deposition.  (*See id.*).  For the reasons set forth below, the motion is **GRANTED in part** and **DENIED in part**.

## I.     Background

This action began in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida on October 30, 2019, when Plaintiff and another alleged victim of sex trafficking sued over forty Defendant hotels.  *See S.Y. v. Naples Hotel Co.*, No. 2:20-cv-00118-JES-MRM, Doc. 1 at 3, (M.D. Fla. Feb. 21, 2020).  The case was removed to this Court on February 21, 2020.  *Id.*  On August 5, 2020, the Court

determined that severing the action was appropriate, *see S.Y. v. Naples Hotel Co.*, 476 F. Supp. 3d 1251, 1256 (M.D. Fla. 2020), and, therefore, Plaintiff filed several individual cases against various hotel defendants.[1]

On June 10, 2021, the Court extended the case management deadlines and ordered the parties to prepare a global deposition schedule to depose Plaintiff sequentially by case number, to the extent possible. *See, e.g.*, *S.Y. v. Naples Hotel Co.*, No. 2:20-cv-00118-JES-MRM, Doc. 352 at 5-6, (M.D. Fla. Feb. 21, 2020).

On September 2, 2021, the Court again extended the case management deadlines by a period of ninety days, subject to the Court's trial calendar. Thereafter, on October 21, 2021, the Court extended the case management deadlines a third time, by a period of sixty days, and warned the parties "that the Court is not inclined to grant a further extension of any case management deadlines absent a showing of genuine necessity."

Subsequently, Plaintiff filed the motion *sub judice* on February 2, 2022.

## II.    Analysis

The Court finds good cause to enter this Order in each case brought by Plaintiff S.Y. or Plaintiff C.S. stemming from the first-filed case, *S.Y. v. Naples Hotel Co.*, No. 2:20-cv-118-JES-MRM – regardless of whether the relief has been requested – because a common order on discovery procedure will conserve resources and

---

[1]  Hereinafter, the Court collectively refers to the twenty-nine cases filed by Plaintiff S.Y. and Plaintiff C.S., stemming from the first-filed case, *S.Y. v. Naples Hotel Co.*, No. 2:20-cv-118-JES-MRM, as the "related cases."

promote efficiency.  Accordingly, the Court directs the Clerk of Court to enter this

Order in each case brought by Plaintiff C.S. or Plaintiff S.Y. regardless of whether

there is a pending Motion for Extension of Time as to Expert Disclosures and Pre-

Trial Deadlines, including:

*S.Y. v. Naples Hotel Co.*, No. 2:20-cv-00118-JES-MRM
*S.Y. v. Uomini & Kudai, LLC*, No. 2:20-cv-00602-JES-MRM
*S.Y. v. Seasonal Investments, Inc.*, No. 2:20-cv-00603-JES-MRM
*S.Y. v. Holistic Health Healing, Inc.*, No. 2:20-cv-00604-JES-MRM
*S.Y. v. Jay Varahimata Investments, LLC*, No. 2:20-cv-00606-JES-MRM
*S.Y. v. Shivparvti, LLC*, No. 2:20-cv-00607-JES-MRM
*S.Y. v. Naples Hotel Company et al*, No. 2:20-cv-00608-JES-MRM
*S.Y. v. Inn of Naples Hotel, LLC et al*, No. 2:20-cv-00609-JES-MRM
*S.Y. v. Naples Garden Inn, LLC*, No. 2:20-cv-00610-JES-MRM
*S.Y. v. Sunstream Hotels & Resorts, LLC*, No. 2:20-cv-00611-JES-MRM
*S.Y. v. Sea Shell Management, LLC*, No. 2:20-cv-00612-JES-MRM
*S.Y. v. Best Western International, Inc.*, No. 2:20-cv-00616-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00619-JES-MRM
*S.Y. v. Choice Hotels International, Inc.*, No. 2:20-v-00622-JES-MRM
*S.Y. v. Holiday Hospitality Franchising, LLC*, No. 2:20-cv-00624-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc.*, No. 2:20-cv-00626-JES-MRM
*S.Y. v. Marriott International, Inc.*, No. 2:20-cv-00627-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00628-JES-MRM
*C.S. v. Inn of Naples Hotel, et al*, No. 2:20-cv-00629-JES-MRM
*C.S. v. Holistic Health Healing, Inc.*, No. 2:20-cv-00630-JES-MRM
*C.S. v. Naples Hotel Company*, No. 2:20-cv-00631-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00632-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00633-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc.*, No. 2:20-cv-00634-JES-MRM
*C.S. v. Choice Hotels International, Inc.*, No. 2:20-cv-00635-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00636-JES-MRM
*C.S. v. Jay Varahimata Investments, LLC*, No. 2:20-cv-00637-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00638-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc.*, No. 2:20-cv-00639-JES-MRM

In light of the assertions made by Plaintiff in the instant motion and the

impending deadlines for the parties to disclose expert reports, the Court finds good

cause to act *sua sponte* to extend all remaining deadlines – beginning with Plaintiff's disclosure of any expert reports – by a period of at least sixty (60) days.  *See* Fed. R. Civ. P. 6(b)(1) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."); *see also Watts v. Club Madonna, Inc.*, 784 F. App'x 684, 687 (11th Cir. 2019) (citing Fed. R. Civ. P. 6(b)(1)(A) for the proposition that "[a] district court may extend a deadline before the original deadline has expired if the requesting party demonstrates 'good cause'").

The Clerk of Court is, therefore, directed to prepare and file a Fifth Amended Case Management and Scheduling Order extending the remaining case management deadlines by a period of at least sixty (60) days, subject to the Court's calendar.

Additionally, the Court finds good cause to enter this Order and the Fifth Amended Case Management and Scheduling Order in each related case brought by Plaintiff S.Y. or Plaintiff C.S., regardless of whether there is a pending motion.  To that end, the Court directs the Clerk of Court to enter this Order and the Fifth Amended Case Management and Scheduling Order in the following cases:

> *S.Y. v. Naples Hotel Co.*, No. 2:20-cv-00118-JES-MRM
> *S.Y. v. Uomini & Kudai, LLC*, No. 2:20-cv-00602-JES-MRM
> *S.Y. v. Seasonal Investments, Inc.*, No. 2:20-cv-00603-JES-MRM
> *S.Y. v. Holistic Health Healing, Inc.*, No. 2:20-cv-00604-JES-MRM
> *S.Y. v. Jay Varahimata Investments, LLC*, No. 2:20-cv-00606-JES-MRM
> *S.Y. v. Shivparvti, LLC*, No. 2:20-cv-00607-JES-MRM
> *S.Y. v. Naples Hotel Company et al*, No. 2:20-cv-00608-JES-MRM
> *S.Y. v. Inn of Naples Hotel, LLC et al*, No. 2:20-cv-00609-JES-MRM

*S.Y. v. Naples Garden Inn, LLC*, No. 2:20-cv-00610-JES-MRM
*S.Y. v. Sunstream Hotels & Resorts, LLC*, No. 2:20-cv-00611-JES-MRM
*S.Y. v. Sea Shell Management, LLC*, No. 2:20-cv-00612-JES-MRM
*S.Y. v. Best Western International, Inc.*, No. 2:20-cv-00616-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00619-JES-MRM
*S.Y. v. Choice Hotels International, Inc.*, No. 2:20-v-00622-JES-MRM
*S.Y. v. Holiday Hospitality Franchising, LLC*, No. 2:20-cv-00624-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc.*, No. 2:20-cv-00626-JES-MRM
*S.Y. v. Marriott International, Inc.*, No. 2:20-cv-00627-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00628-JES-MRM
*C.S. v. Inn of Naples Hotel, et al*, No. 2:20-cv-00629-JES-MRM
*C.S. v. Holistic Health Healing, Inc.*, No. 2:20-cv-00630-JES-MRM
*C.S. v. Naples Hotel Company*, No. 2:20-cv-00631-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00632-JES-MRM
*S.Y. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00633-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc.*, No. 2:20-cv-00634-JES-MRM
*C.S. v. Choice Hotels International, Inc.*, No. 2:20-cv-00635-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00636-JES-MRM
*C.S. v. Jay Varahimata Investments, LLC*, No. 2:20-cv-00637-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc. et al*, No. 2:20-cv-00638-JES-MRM
*C.S. v. Wyndham Hotels & Resorts, Inc.*, No. 2:20-cv-00639-JES-MRM

## CONCLUSION

The Court **ORDERS** that:

1.  The Motion for Extension of Time as to Expert Disclosures and Pre-
    Trial Deadlines (Doc. 57) is **GRANTED in part** and **DENIED in part**.

2.  Plaintiff's motion is **GRANTED** to the extent that it seeks a sixty (60)
    day extension of the remaining case management deadlines.

3.  Plaintiff's motion is **DENIED** to the extent that it seeks any additional
    relief.

4. **The parties in all of the related cases are warned that the Court is not inclined to grant a further extension of any case management deadlines absent a showing of genuine necessity.**

5. The Clerk of Court is directed to prepare and file a Fifth Amended Case Management and Scheduling Order extending the remaining case management deadlines by a period of at least sixty (60) days, subject to the Court's calendar.

6. The Clerk of Court is directed to enter this Order and the subsequent Fifth Amended Case Management and Scheduling Order in each case brought by Plaintiff C.S. or Plaintiff S.Y., regardless of whether there is a pending motion, as listed above.

**DONE** and **ORDERED** in Fort Myers, Florida on February 2, 2022.

Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties