```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

C. S.,

    Plaintiff,

v.                          Case No: 2:20-cv-639-JES-MRM

WYNDHAM HOTELS & RESORTS,
INC., HANUMAN OF NAPLES,
LLC, SHREE SIDDHIVINAYAK
HOSPITALITY, LLC, H. I.
NAPLES, LLC, and HOLIDAY
HOSPITALITY FRANCHISING,
LLC,

    Defendants.

---

**ORDER**

This matter comes before the Court on plaintiff and defendant Wyndham Hotels & Resorts, Inc.'s Joint Stipulation for Dismissal Without Prejudice (Doc. #101, filed April 26, 2022.  The parties have agreed to a dismissal of defendant Wyndham Hotels & Resorts, Inc. only.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant Wyndham Hotels & Resorts, Inc. is **dismissed** without prejudice, with each party to bear their own attorney's fees and

costs. Finding no just cause for delay, the Clerk shall enter judgment accordingly and terminate this defendant on the docket.

**DONE and ORDERED** at Fort Myers, Florida, this ___26th___ day of April 2022.

                                              _____
                                              JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record