```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION

C.S.,

          Plaintiff,

v.                                   Case No:  2:20-cv-639-JES-MRM

HANUMAN OF NAPLES, LLC,
SHREE SIDDHIVINAYAK
HOSPITALITY, LLC, H. I.
NAPLES, LLC, and HOLIDAY
HOSPITALITY FRANCHISING,
LLC,

          Defendants.
_____
```

## ORDER TO SHOW CAUSE

This matter comes before the Court on review of the file. Plaintiff initiated this case and filed a Complaint (Doc. #1) on August 19, 2020. Although a Summons (Doc. #4, p. 4) was issued as to Defendant Shree Siddhivinayak Hospitality, LLC, there is no record that defendant was served with process or that formal service of process was waived, and well over 90 days have passed since the filing of the Complaint. See Fed. R. Civ. P. 4(m). In fact, several years have passed with no activity by this defendant.

Under Federal Rule of Civil Procedure 4(m), the Court "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Accordingly, it is now

**ORDERED:**

Plaintiff shall show cause within **FOURTEEN (14) DAYS** of this Order why Shree Siddhivinayak Hospitality, LLC should not be dismissed for failure to prosecute. **The failure to respond to this Order will result in a dismissal of this defendant.**

**DONE and ORDERED** at Fort Myers, Florida, this ___4th___ day of May 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record