```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

C. S.,

    Plaintiff,

v.                              Case No: 2:20-cv-639-JES-MRM

HANUMAN OF NAPLES, LLC, SHREE SIDDHIVINAYAK HOSPITALITY, LLC, H. I. NAPLES, LLC, and HOLIDAY HOSPITALITY FRANCHISING, LLC,

    Defendants.

_____

**ORDER**

On May 4, 2022, the Court issued an Order to Show Cause (Doc. #104) for failure to prosecute Shree Siddhivinayak Hospitality, LLC. Plaintiff was on notice that the failure to respond to the Order would result in the dismissal of defendant Shree Siddhivinayak Hospitality, LLC. No response has been filed and the time to respond has expired. Therefore, the Court will terminate this defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant Shree Siddhivinayak Hospitality, LLC is deemed **dismissed** without prejudice. The Clerk shall terminate this

defendant on the docket and correct the caption of the case to reflect the dismissal.

    **DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of May 2022.

                                                 _____
                                                 JOHN E. STEELE
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record