**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

C.S.

    Plaintiff,                                                    Case No.: 2:20-cv-639-FtM-29NPM

    v.

H. I. NAPLES, LLC d/b/a DAYS INN, et al.;

    Defendants.

---

**NOTICE OF SETTLEMENT**

COMES NOW, **H.I. NAPLES, LLC, d/b/a DAYS INN**, by and through undersigned

counsel, and hereby gives notice that all parties reached an amicable settlement of all claims.  The

parties request the Court allow thirty (30) days for the parties to finalize the settlement paperwork.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that today, October 24, 2022, a true and correct copy of the

foregoing has been e-filed and e-served via the Court's CM/ECF filing system with copies

furnished to all counsel of record and *pro se* litigants.

        LUKS, SANTANIELLO, PETRILLO & COHEN
        Attorney for Defendant
        H.I. Naples, LLC d/b/a Days Inn
        150 W. Flagler Street, Suite 2600
        Miami, FL 33130
        Telephone:  (305) 377-8900
        Facsimile:  (305) 377-8901

        By:  */s/ Elizabeth Jimenez*
          ELIZABETH JIMENEZ
          Florida Bar No.: 107184
          LUKSMIA-Pleadings@LS-Law.com

djs@insurancedefense.net
ejimenez@insurancedefense.net
alorenceau@insurancedefense.net
sperez@insurancedefense.net